IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W11CR194 |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(iii)} – Possession With Intent to Distribute at Least 28 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance] |
| SHELTON BERNARD HOPKINS, JR., | * | |
| Defendant. | * | |

THE GRAND JURY CHARGES:

On or about June 30, 2011, in the Western District of Texas, Defendant,

**SHELTON BERNARD HOPKINS, JR.,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 28 grams of a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHN E. MURPHY
United States Attorney

By: /s/ GREGORY S. GLOFF
    Assistant United States Attorney

1

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: 08-09-2011    MAG CT. # _____    CASE NO. **W11CR194**
COUNTY: BELL

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY     GREGORY S. GLOFF

DEFENDANT: SHELTON BERNARD HOPKINS, JR.    DOB: ███████

CITIZENSHIP:    United States X    Mexican ____    Other _____
INTERPRETER NEEDED:    Yes ____    No X    Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:    In Jail NO    WHERE: _____
                 On Bond NO

PROSECUTION BY:    INFORMATION ____    INDICTMENT X

OFFENSE: (Code & Description) 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(iii) – Possession With Intent to Distribute at Least 28 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance

OFFENSE IS:    FELONY X    MISDEMEANOR _____

MAXIMUM SENTENCE: Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ███████████████