United States Court of Appeals
Fifth Circuit

**F I L E D**
February 19, 2013

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-50595
Conference Calendar

D.C. Docket No. 6:11-CR-194-1

**FILED**
MAR 1 5 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SHELTON BERNARD HOPKINS, JR.,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Waco

Before KING, CLEMENT, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: 1 3 MAR 2013

A True Copy
Attest  1 3 MAR 2013

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 19, 2013

Lyle W. Cayce
Clerk

No. 12-50595
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SHELTON BERNARD HOPKINS, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:11-CR-194-1

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Shelton Bernard Hopkins, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hopkins has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.